mitting the modified damage instructions to the jury. Therefore, the judgment entered by that court should be affirmed.

*Judgment affirmed.*

Willam C. Hanna, Appellee, v. Florence Yeoman et al., Appellant.

Gen. No. 10,253.

opinion filed October 14, 1948; rehearing denied December 16, 1948; released for publication December 17, 1948. George R. Lyon, for appellant; Diver and Diver, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.**